MOLLIE GOLDSTEIN, an Infant, etc., Respondent, v. DAVID JACOBSON, Appel-

lant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.